**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA**

**vs**                                    **CASE NO. 07-CR-00290 (PG)**

**LUIS TORRES-SALAZAR**

**MOTION NOTIFYING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS,
REQUESTING ISSUANCE OF ARREST WARRANT, AND ORDER TO SHOW
CAUSEHEARING**

**TO THE HONORABLE JUAN PEREZ GIMENEZ,
SENIOR UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

**COMES NOW, Karina Ortiz, U.S. Probation Officer** of this Honorable Court, respectfully informing that on August 25, 2016, Mr. Luis Torres-Salazar commenced his supervised release term and said term is scheduled to expire on August 24, 2024. Since his release date he has incurred in the following violation:

1. Standard Condition No.3: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

2. Standard Condition No 6: "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment".

3. Standard Condition No. 10: "The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit

**confiscation of any contraband observed in plain view of the probation officer."**

4. **Standard Condition No. 7: "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;"**

On July 31, 2018, Mr. Torres-Salazar reported to the Probation Office and informed that he will be relocating to Gandara PHP in Ponce, with his mother and adoptive brother. On August 8, 2018, at 8:41am an unannounced home visit was conducted to the address provided by Mr. Torres-Salazar. His mother informed the undersigned that the offender had slept in his girlfriend's house. On August 15, 2018, at 8:05am an unannounced home visit was conducted and the offender was not present. His mother informed the undersigned that Mr. Torres-Salazar had left to take his girlfriend's children to school. The residence was verified in order to confirm if Mr. Torres-Salazar was residing there, however, according to his mother the offender shares a room and a closet with his adoptive brother. On August 30, 2018, at 2:55pm an unannounced home visit was conducted and Mr. Torres-Salazar was not at his residence. However, his mother called him and he arrived 10 minutes later. He was oriented about changing address without prior notification however, he insisted that he was residing at the address of record. On October 30, 2018, at 7:30am an unannounced home visit was conducted and the offender was not present, a home inspection of the residence was conducted an a large scale and a mixer were observed in the round kitchen table.

Also, the offender's brother was present and refused to open the room. When his mother found the keys and opened the same, drug paraphernalia was observed (marihuana wrapper and packaging).

5. **Standard Condition No. 8: "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;"**

6. **Standard Condition No. 9: "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer."**

On November 15, 2018, the offender reported to the office. He explained that he had relocated to: Rafael Lopez Nussa PHP Bldg 25 Apt 261. On December 6, 2018, an unannounced home visit was conducted. Next to the apartment building where Mr. Torres-Salazar resides, a group of males were observed smoking what appeared to be a marihuana cigarette. Mr. Torres-Salazar was identified as part of the group.

**WHEREFORE,** in lieu of the nature of the above-mentioned supervised violations and unless ruled otherwise, it is respectfully requested that a warrant for arrest be issue so that Mr. Luis Torres-Salazar may be brought before this Court to show cause why his supervised release term should not be revoked.

In San Juan, Puerto Rico, this December 19, 2018.

Respectfully submitted,

LUIS ENCARNACION,  CHIEF
U.S. PROBATION OFFICER


***s/Karina Ortiz***
Karina Ortiz
U.S. Probation Officer
Federal Office Building, Suite 225
150 Chardón Avenue
San Juan, PR 00918-1741
(787) 308-9942
Fax (787) 766-5945
Email: karina_ortiz@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 19, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification to all the interested parties in this case.

In San Juan, Puerto Rico, this 19th day of December 2018.

*s/Karina Ortiz*
Karina Ortiz
U.S. Probation Officer
Federal Office Building, Suite 400
150 Chardón Avenue
San Juan, PR 00918-1741
(787) 308-9942
Fax (787) 766-5945
Email: karina_ortiz@prp.uscourts.gov
